UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

    Plaintiff,

v.                                                    Case No. 07-13822

DERRICK WILSON, et al,                  HONORABLE AVERN COHN

    Defendants.

_____/

**ORDER DENYING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

        This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff is proceeding pro se and in forma pauperis (IFP). The case has been referred to a magistrate judge for pre-trial proceedings. On January 13, 2009, the magistrate judge issued an order granting defendants' request for an extension of time in which to file a reply brief and permitting defendants to file a brief in excess of 5 pages. Defendants' reply is due January 28, 2009. Before the Court is plaintiff's objections to the order, contending that the magistrate judge failed to make a determination or good cause or excusable neglect. The objections are DENIED. The magistrate judge did not err in granting the extension.

        SO ORDERED.


Dated: January 21, 2009                 s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

**07-13822 Horacek v. Wilson, et al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed Daniel Horacek, 218347, 951 Indianwood Road, Lake Orion, MI 48362 and to the attorneys of record on this date, January 21, 2009, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160