UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

     Plaintiff,

v.                                           Case No. 07-13822

DERRICK WILSON,                      HONORABLE AVERN COHN
LIEUTENANT ATKINS, CAPTAIN WALLACE,
SISTER PEGGY DEVANEY, OAKLAND
COUNTY JAIL ADMINISTRATOR, OAKLAND
COUNTY JAIL CLASSIFICATION DEPARTMENT,
MARY, and JOHN DOES,

     Defendants.

_____/

**ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL PAPER WITHIN
FIFTEEN (15) DAYS OR FACE POTENTIAL DISMISSAL OF THE CASE**

This is a prisoner civil rights case under 42 U.S.C. § 1983.  Plaintiff is proceeding

pro se and in forma pauperis (IFP).  Plaintiff raised a host of claims regarding his

incarceration at the Oakland County Jail (OCJ) from June 24, 2005 through July 6, 2006

as a pre-trial detainee.[1]  The case has been referred to a magistrate judge for pre-trial

proceedings and before whom certain defendants filed a motion for summary judgment.

On March 30, 2009, the Court adopted the magistrate judge's report and

recommendation (MJRR) on the summary judgment motion in part.  Only plaintiff's First

Amendment § 1983 claim and statutory claim regarding the provision of Kosher meals

continue.  Plaintiff was also directed to file a supplemental paper regarding this claim

within thirty (30) days.  Particularly, plaintiff's supplemental paper was to detail:

---

[1]Plaintiff is now on parole.

1.      The legitimacy of his right to Kosher meals

2.      A list of which defendant(s) were responsible for the allegedly inadequate

        provision of Kosher meals and the role of each defendant regarding the

        provision of Kosher meals.

See Order filed March 30, 2009.

        To date, plaintiff has not complied with the Court's order by filing a supplemental

paper.  Plaintiff shall file the supplemental paper within fifteen (15) days from the date of

this order or face potential dismissal of the case.

        SO ORDERED.


                                         s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


Dated:  October 29, 2009


I hereby certify that a copy of the foregoing document was mailed to Daniel Horacek,
218347, 951 Indianwood Road, Lake Orion, MI 48362 and the attorneys of record on
this date, October 29, 2009, by electronic and/or ordinary mail.


                                         s/ Julie Owens
                                        Case Manager, (313) 234-5160


2