UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

    Plaintiff,

v.                                                                              Case No. 07-13822

DERRICK WILSON,                                                 HONORABLE AVERN COHN
LIEUTENANT ATKINS, CAPTAIN WALLACE,
SISTER PEGGY DEVANEY, OAKLAND
COUNTY JAIL ADMINISTRATOR, OAKLAND
COUNTY JAIL CLASSIFICATION DEPARTMENT,
MARY, and JOHN DOES,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER (Doc. No. 160)

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff is proceeding pro se and in forma pauperis (IFP). Plaintiff raised a host of claims regarding his incarceration at the Oakland County Jail (OCJ) from June 24, 2005 through July 6, 2006 as a pre-trial detainee. Only plaintiff's First Amendment § 1983 claim and statutory claim regarding the provision of Kosher meals remain. The case has been referred to a magistrate judge for pre-trial proceedings. Plaintiff filed a motion to compel discovery. Doc. 153. Defendant Derrick Wilson filed a motion to compel plaintiff's deposition and a request to extend the dispositive motion filing date. Doc. 156. Plaintiff also filed a motion to produce the transcript of a telephone hearing. Doc. 159. The magistrate judge issued an order granting in part plaintiff's motion to compel, granting in full Wilson's motion, and denying plaintiff's motion to produce. Doc. 160.

Before the Court are plaintiff's objections to the order. The Court has carefully reviewed the objections and finds no error in the magistrate judge's order. Plaintiff must comply with discovery as outlined in the magistrate judge's order. Accordingly, plaintiff's objections are DENIED.

SO ORDERED.

    S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2010

I hereby certify that a copy of the foregoing document was mailed to Daniel Horacek, 165458, Oakland County Jail, 1201 N. Telegraph Rd., Pontiac, MI 48343 and the attorneys of record on this date, November 30, 2010, by electronic and/or ordinary mail.

    S/Julie Owens
Case Manager, (313) 234-5160